# United States District Court
# for Northern District of California
## San Francisco Division

**ANDREW U. D. STRAW**,
*Plaintiff-Appellant,*

v.

**UNITED STATES**,                              *In Forma Pauperis* GRANTED
*Defendant-Appellee.*                           USDC, **Dkt. 12 at \*1**

Appeal from the United States District Court for the
Northern District of California, San Francisco Division
Case No. **3:23-cv-02265-TLT**
The Honorable Judge Trina L. Thompson

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that plaintiff, Andrew U. D. Straw, hereby appeals in good

faith to the United States Court of Appeals for the Ninth Circuit from the final Judgment

by the Honorable Trina Thompson entered on July 26, 2023, **Docket #16**, including all

prior interlocutory rulings.  Respectfully submitted this **26th Day of July, 2023**.

Andrew U. D. Straw, *Proceeding Pro Se*
Telephone: (847) 807-5237
Email: andrew@andrewstraw.com
712 H ST NE PMB 92403
Washington, D.C. 20002

## CERTIFICATE OF SERVICE

I, *plaintiff* Andrew U. D. Straw, certify that I filed the above **NOTICE OF APPEAL** with the Clerk of the U.S. District Court for the Northern District of California, San Francisco Division, by CM/ECF on **July 26, 2023.** It will be available on PACER.gov hereafter.

The Court has refused to serve the defendant (**Dkt. 12 at \*2**) and given *IFP* was granted at Dkt. 12, it should serve the defendant, United States, for this appeal. FRCP Rule 4(c)(3). 28 U.S.C. § 1915(d).

Respectfully submitted,

s/ ANDREW U. D. STRAW
712 H ST NE, PMB 92403
Washington, D.C. 20002
Telephone: (847) 807-5237
andrew@andrewstraw.com